In the Matter of the Will of LILIAN B. WILSON, Deceased.

AVIS W. DOWSEY, Appellant; W. RUSSELL CHERRY, as Executor of LILIAN B. WILSON, Deceased, et al., Respondents.

Argued October 7, 1942; decided November 25, 1942.

*Andrew Eckel* for appellant.

*M. Rudolph Preuss* for W. Russell Cherry, as executor, respondent.

*Wilford E. Neier, special guardian,* and *T. Ross Clancey* for Laura Dowsey et al., infants, respondents.

Order affirmed, with costs to all parties filing separate briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.